# EXHIBIT A
## Screenshot of NationalSmallLoan.com, Taken October 6, 2020



National SmallLoan.com

Home    Apply    Mailer    FAQ    Why Installment?    Loan Rates    Contact Us    Policies

### Contact Us

📞 1-877-807-4827
📠 1-866-513-0374
🕘 9:00 AM – 5:00 PM EST

✉ support@nationalsmallloan.com




### Excluded States

National Small Loan does not lend to residents of Arkansas, Connecticut, New York, Pennsylvania, Virginia, Washington, West Virginia, and Wisconsin. Availability of installment loans are subject to change at any time at the sole discretion of National Small Loan.

National Small Loan takes the efforts to combat fraud in the lending industry seriously. If you believe you have been a victim of fraud, please call the Online Lenders Alliance Consumer Hotline at (866) 299-7585.

### Advantages of Installment Loans

Faster than a Bank Loan
Stronger than a Cash Advance
More Powerful than a Credit Card
The Loan that Gives YOU the Power.

---

Midaaswi, LLC is an instrumentality and limited liability company which abides by the principles of federal consumer finance laws, as incorporated by the Lac du Flambeau Band of Lake Superior Chippewa Indians of Wisconsin. **This is an expensive form of borrowing and it is not intended to be a long-term financial solution.**

View Midaaswi, LLC's Privacy Policy here.
View Midaaswi, LLC's lending license here.

National Small Loan reviews your information in real-time to determine whether your information meets our lending criteria. You acknowledge that by completing and submitting the website application that you are applying for a loan. We verify applicant information through national databases including, but not limited to, Clarity and Factor Trust and we may pull your credit in order **to verify your identity and to determine your eligibility and ability to repay.**

*The cut-off time for ACH next business day funding is 2:00 PM EST, Monday-Friday, except holidays.

©2019 National Small Loan, All Rights Reserved.

# EXHIBIT B
## Screenshot of RadiantCash.com, Taken October 6, 2020



Case 8:20-cv-02381-S_B-J_S   Document 1-1   Filed 10/12/20   Page 3 of 20 PageID 42

**EXHIBIT C**
**July 2013 *Inwewin* Article**

---

INWEWIN                                              July 2013                                              Page 8

## Internet Lending Business

In late May, the Tribe launched an exciting new business that has unlimited potential - Internet Lending. While the business model has been around for years, and is sometimes confused with payday lending, there are many differences between the two types of businesses. Internet lending is done strictly online, as opposed to the traditional "brick and mortar" (store) payday loan operations. Some view payday loan and internet lending businesses as predatory, with companies taking advantage of individuals already in unpleasant financial situations. The Tribe's business model is proven, and offers safeguards against individuals defaulting. To avoid conflict, Tribal Members and residents of the state of Wisconsin will not be eligible for lending services.

More than a year of research and much work has been done. In December 2012, the Tribal Council approved an Internet Lending Ordinance. The Ordinance sets forth the rules and regulations for internet lending operations, and the Tribal Council is now in the process of creating an Internet Lending Commission that will develop and implement regulatory standards and procedures, and ensure compliance to the standards and procedures.

Initially the Internet Lending business is set to employ three full time staff to work in the call center and process loan applications. Projections indicate significant growth for the business within two years. Similar models currently in operation have added upwards of 100 positions within the first 12 to 18 months. The Tribe's lending model expects to add at least 40 jobs within the first year of operation. "Our growth projects are modest and grounded in reality," said Brent McFarland, Director of Business and Economic Development for the Tribe. "We want to make sure we do everything right from the beginning. We don't want to grow too fast, and we want our staff to have all of the proper training and skills, which will create a lasting foundation for years to come."

The Tribe has partnered with one of the largest and most experienced lending companies - and the company has successfully helped other tribes enter into the internet lending business. The Rocky Boy Cree Tribe entered the internet lending industry, and has experienced enormous growth in less than three years - now employing more than 100 people. *Inwewin* will continue to update you on this exciting Tribal business venture.

---

### Inwewin
Lac Du Flambeau Lake Superior Band of Chippewa Indians
Communications Office
Post Office Box 67

# EXHIBIT D
## Loan At Last Domain Registration Records

### Whois Record on Jan 15, 2015

```
Domain Name: LOANATLAST.COM
Registry Domain ID: 1797642888_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Update Date: 2015-01-14T00:31:27Z
Creation Date: 2013-04-29T18:19:32Z
Registrar Registration Expiration Date: 2016-04-29T18:19:32Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.480-624-2505
Domain Status: clientTransferProhibited http://www.icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited http://www.icann.org/epp#clientUpdateProhibited
Domain Status: clientRenewProhibited http://www.icann.org/epp#clientRenewProhibited Domain
Status: clientDeleteProhibited http://www.icann.org/epp#clientDeleteProhibited Registry
Registrant ID:
Registrant Name: Suzanne Vannover
Registrant Organization:
Registrant Street: 711 Wailepo Place #303
Registrant Street: #303
Registrant City: Kailua
Registrant State/Province: Hawaii
Registrant Postal Code: 96734
Registrant Country: United States
Registrant Phone: +1.3239568336 Registrant
Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: suzanne@vanovermarketing.com
Registry Admin ID:
Admin Name: Suzanne Vannover
Admin Organization:
Admin Street: 711 Wailepo Place #303
Admin Street: #303
Admin City: Kailua
Admin State/Province: Hawaii
Admin Postal Code: 96734
Admin Country: United States
Admin Phone: +1.3239568336
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: suzanne@vanovermarketing.com
Registry Tech ID:
Tech Name: Suzanne Vannover
Tech Organization:
Tech Street: 711 Wailepo Place #303
Tech Street: #303
Tech City: Kailua
Tech State/Province: Hawaii
Tech Postal Code: 96734
Tech Country: United States
Tech Phone: +1.3239568336
Tech Phone Ext:
```

# EXHIBIT E
## Plaintiff's Experian Consumer Disclosure, Inquiries Excerpt



# EXHIBIT F
## Plaintiff's FactorTrust Consumer Disclosure, Inquiries Excerpt

FactorTrust                                                                 https://www.factortrust.com/consumer/Report.aspx

None

**ACCOUNT REVIEW INQUIRIES**
The listing of a company's inquiry in this section means that they obtained information from your credit file in connection with an account review or other business transaction with you. These inquiries are not seen by anyone but you and will not be used in scoring your credit file (except insurance companies may have access to other insurance company inquiries, certain collection companies may have access to other collection company inquiries, and users of a report for employment purposes may have access to other employment inquiries, where permitted by law).

| Date | Customer ID | Name | Consumer Contact |
|---|---|---|---|
| ███ | ███ | ███ | ███ |

**ADDITIONAL INFORMATION FROM: ChexSystems**
Additional information may be provided to FactorTrust by ChexSystems. The most recent information FactorTrust received from ChexSystems relative to you is listed below, however, the information contained on the files of ChexSystems, may have changed since it was provided to FactorTrust. If you have questions or wish to dispute the accuracy of the information reported below, please see the Notices section of this correspondence for more information regarding how to submit a dispute.

**Date information received:**

No data

**Date information received: 2/1/2019**

# EXHIBIT F
## Plaintiff's FactorTrust Consumer Disclosure, Inquiries Excerpt

FactorTrust https://www.factortrust.com/consumer/Report.aspx

| Name | Value | Dispute Date |
|---|---|---|
| Previous Account Inquiry Detail 2 CustName | RADIANT CASH | |
| Previous Account Inquiry Detail 2 State | WI | |
| Previous Account Inquiry Detail 2 Zip | 54538 | |
| Previous Account Inquiry Detail 3 Date | 01252019 | |

# EXHIBIT F
## Plaintiff's FactorTrust Consumer Disclosure, Inquiries Excerpt

FactorTrust	https://www.factortrust.com/consumer/Report.aspx



| Previous Account Inquiry Detail 5 CustName | LOAN AT LAST | |
| Previous Account Inquiry Detail 5 State | WI | |
| Previous Account Inquiry Detail 5 Zip | 54538 | |
| Previous Account Inquiries None Found | Y | |

**ADDITIONAL INFORMATION FROM: Trans Union LLC**
Additional information may be provided to FactorTrust by Trans Union LLC. The most recent information FactorTrust received from Trans Union LLC relative to you is listed below, however, the information contained on the files of Trans Union LLC, may have changed since it was provided to FactorTrust. If you have questions or wish to dispute the accuracy of the information reported below, please see the Notices section of this correspondence for more information regarding how to submit a dispute.

# EXHIBIT G
## NationalSmallLoan.com Domain Registration Records

```
Domain Name: NATIONALSMALLLOAN.COM
Registry Domain ID: 1835914093_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Update Date: 2014-10-31T14:34:48Z
Creation Date: 2013-11-18T15:45:27Z
Registrar Registration Expiration Date: 2015-11-18T15:45:27Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientTransferProhibited http://www.icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited http://www.icann.org/epp#clientUpdateProhibited
Domain Status: clientRenewProhibited http://www.icann.org/epp#clientRenewProhibited
Domain Status: clientDeleteProhibited http://www.icann.org/epp#clientDeleteProhibited
Registry Registrant ID:
Registrant Name: Melissa Drotar
Registrant Organization:
Registrant Street: 7257 NW 4th Blvd #7
Registrant City: Gainesville
Registrant State/Province: FL
Registrant Postal Code: 32607
Registrant Country: United States
Registrant Phone: +1.8002575503
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: melissa@nationalpayday.com
Registry Admin ID:
Admin Name: Melissa Drotar
Admin Organization:
Admin Street: 7257 NW 4th Blvd #7
Admin City: Gainesville
Admin State/Province: FL
Admin Postal Code: 32607
Admin Country: United States
Admin Phone: +1.8002575503
Admin Phone Ext:
Admin Fax:
```

# EXHIBIT G
## NationalSmallLoan.com Domain Registration Records

```
Admin Fax Ext:
Admin Email: melissa@nationalpayday.com
Registry Tech ID:
Tech Name: Melissa Drotar
Tech Organization:
Tech Street: 7257 NW 4th Blvd #7
Tech City: Gainesville
Tech State/Province: FL
Tech Postal Code: 32607
Tech Country: United States
Tech Phone: +1.8002575503
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: melissa@nationalpayday.com
Name Server: NS35.DOMAINCONTROL.COM
Name Server: NS36.DOMAINCONTROL.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
```

# EXHIBIT H
## Excerpt from Application of Strategic Funding Partners to Transact Business in Florida

**APPLICATION BY FOREIGN CORPORATION FOR AUTHORIZATION TO TRANSACT BUSINESS IN FLORIDA**

IN COMPLIANCE WITH SECTION 607.1503, FLORIDA STATUTES, THE FOLLOWING IS SUBMITTED TO REGISTER A FOREIGN CORPORATION TO TRANSACT BUSINESS IN THE STATE OF FLORIDA.

1. **Strategic Funding Partners, Inc.**
(Enter name of corporation; must include "INCORPORATED," "COMPANY," "CORPORATION," "Inc.," "Co.," "Corp.," "Inc," "Co," or "Corp.")

(If name unavailable in Florida, enter alternate corporate name adopted for the purpose of transacting business in Florida)

2. **Nevada**
(State or country under the law of which it is incorporated)

3. **26-3693947**
(FEI number, if applicable)

4. **11/4/2008**
(Date of incorporation)

5. **Perpetual**
(Duration: Year corp. will cease to exist or "perpetual")

6. **n/a**
(Date first transacted business in Florida, if prior to registration)
(SEE SECTIONS 607.1501 & 607.1502, F.S., to determine penalty liability)

7. **4911 SW 91st Terrace, Suite A, Gainesville FL 32608**
(Principal office address)

**5745 SW 75th Street, Suite 110, Gainesville, FL 32608**
(Current mailing address)

8. **Any and all lawful business activity**
(Purpose(s) of corporation authorized in home state or country to be carried out in state of Florida)

9. Name and street address of Florida registered agent: (P.O. Box NOT acceptable)

Name: **Robert Bunn**

Office Address: **5745 SW 75th Street, Suite 110**

**Gainesville** (City), Florida **FL 32608** (Zip code)

*Stamp: FILED 13 DEC 11 AM 11:19 SECRETARY OF STATE DIVISION OF CORPORATIONS*

10. Registered agent's acceptance:
Having been named as registered agent and to accept service of process for the above stated corporation at the place designated in this application, I hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes relative to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent.

(Registered agent's signature)

11. Attached is a certificate of existence duly authenticated, not more than 90 days prior to delivery of this application to the Department of State, by the Secretary of State or other official having custody of corporate records in the jurisdiction under the law of which it is incorporated.

# EXHIBIT I
## Web Archives of NationalSmallLoan.com



# EXHIBIT I
## Web Archives of NationalSmallLoan.com



#### What is an installment loan?

Installment loans are a little different than payday loans in that when you borrow, you agree to a set payment plan. You'll make regular payments on that loan until your balance, and any fees, are repaid. The way it works is no different from the safe, established payment schedule you get with a car loan or a mortgage through a bank except that with installment loans, you're usually working with a much smaller sum of money.

#### So, what's a flex-pay loan?

With a flex-pay loan, you get the best of both worlds of payday loans and installment loans. Like with payday loans, your due dates are based on your pay schedule but you'll be provided with a payment schedule showing you the dates and payment amounts of each payment for the life of the loan. Payday loans are open-ended debts, which can go on for a long time. With a flex-pay loan, you know when you'll be paid off from the start.

#### What makes a flex-pay different?

With a flex-pay loan, the customized installment schedule allows you to borrow exactly what you need and pay back over time but with more options than a traditional bank loan, installment loan, or even a payday loan. There is a longer period for repayment than is offered by payday loans, and you can make additional payments or even choose to pay the loan off in full without any penalties.

#### What do I need to qualify for an installment loan?

It's pretty easy to qualify for a loan with National Small Loan; you just need to meet these requirements:

1) You have to be a U.S. citizen at least 18 years of age.

2) You must have a regular job.

3) You must have an active bank account that allows for electronic credits and debits.

#### Will bad credit hurt my chances of being approved?

National Small Loan does not utilize the major credit bureaus (Equifax, Experian, TransUnion) in our decisioning processes. However, we do verify applicant information through a number of national databases in our underwriting procedures.

#### When will I receive my loan?

Most loans are received within 24 business hours via direct deposit into your designated bank account. Times may vary based on your specific banking requirements.

#### Why do you need my bank account information?

We need to set up your banking information so we can deposit your loan directly into your account. National Small Loan does this because it the fastest way to get your money to you — usually within 24 business hours! We also use your bank account on file to process your payments.

#### Is my information confidential?

Yes! Because National Small Loan is a direct lender, not a loan broker, your information remains secure and confidential. We never sell or share your application information with anyone, unless you've opted in for us to

# EXHIBIT I
## Web Archives of NationalSmallLoan.com



We process our loan applications pretty quickly, so as long as you've applied with us during business hours, you'll be notified usually within minutes. We notify our customers as to their final status through phone calls, emails, and text messages (for those that have opted-in.)

**What's your cancellation policy?**

Though we would hate to see you go, we understand that sometimes people change their minds! If your application is still pending, simply shoot us an email to let us know that you prefer to cancel – and let us know why! We'll gladly honor your request.

If we've already approved your loan application, you must let us know that you wish to cancel within one business day (24 business hours) in writing. Once we receive your cancellation request, we'll immediately process a debit to recover the loan amount we deposited into your bank account. If we haven't already made the deposit, we will not debit your account.

Remember, if you do not let us know that you wish to cancel within this time frame, you will be financially responsible for the loan.

**When will my payment be due?**

Each loan is unique, and a repayment schedule will be set up based on your payday schedule and loan amount. National Small Loan puts customers first, and will generate a repayment schedule based on your application.

**How much money can I borrow?**

If this is your first loan with us, you may qualify for between $100 and $400. Returning customers that remain in good standing with us can qualify for even more.

**How do I repay my loan?**

Unlike traditional lenders, National Small Loan gives you the flexibility to pay your loan over several installments or in a single payment, if you prefer. You can even make extra payments to get your balance paid off even faster. Most payments will be processed as an electronic debit (EFT or ACH), via the bank account we have on file. While the EFT method is certainly the easiest and least expensive method, let us know if you need to discuss an alternate payment solution. To discuss making a payment or an alternate payment method, please give us a call or email us anytime!

**What do I do if I don't have enough money to pay you back?**

Sometimes, things come up that make it hard for customers to make their scheduled payments. We get it. But, it's always better to reach out to us before your scheduled due date and discuss your situation rather than to let your payment be unsuccessful. NationalSmallLoan.com's representatives are trained to assist customers in such matters and are happy to do so!

Don't forget: the deadline to reach us regarding an upcoming payment is 2:00 PM EST the business day before you are due!

**Can I have more than one loan at a time?**

At this time, National Small Loan customers may only have one outstanding loan with us at a time. But, after your loan has been paid in full, you can always reapply with us!

# EXHIBIT I
## Web Archives of NationalSmallLoan.com



**National Small Loan**
Phone: 1-877-778-8006
Fax: 1-866-513-0374
Email: support@nationalsmallloan.com
Hours: 9:00 AM – 5:00 PM EST
Monday-Friday (except holidays)

2014 National Small Loan, All Rights Reserved.

# EXHIBIT J
## Screenshot of NationalPayDay.com

8/15/2020        Online Payday Loans - Contact Us - Nationalpayday.com

## Contact Us

✔ Apply Now (/apply/)

## Important Information for New Applicants

If you recently applied for a payday loan (https://www.mypaydayloan.com/), don't worry – we are reviewing it! We will contact you either my email and/or the phone number you provided to let you know your final application status as soon as possible. If we need additional information or confirmation – we'll contact you for that, too!

We know your loan is important to you – it is equally important to us. So, please do not email or call our offices about your loan application status – we will let you know! Since our processing department handles all incoming calls and emails, repeatedly contacting us before we have a chance to review your application may ultimately cause delays in approval and funding.

If you have any questions or concerns about your loan application, be sure to consult our FAQ (https://www.nationalpayday.com/faq/) page for detailed explanations of our most frequently asked questions. If the FAQs do not clarify things, please contact us via our online contact form (https://www.nationalpayday.com/contact-form/) and we will respond as quickly as possible.

## How to Contact Us with Questions or Comments

We love to hear from our customers and potential customers – answering your questions helps us to serve you better! National Payday has always prided itself on top flight customer service, and we love to hear from our current customers and potential customers.

So, if you have any questions or comments about National Payday, payday loans, cash advances, or any of our other services, please contact us.

In most cases, we'll get back to you quickly – within an hour or two – but please allow up to 24 business hours for a reply. But remember, if you want to save even more time, just check out our FAQ page first!

**Nationalpayday.com**
Phone: 1-877-778-8006
Fax: 1-866-513-0374

Hours of Operation for Customer Service

Monday – Friday from 9:00 a.m. to 12:00 a.m. EST

Weekends from 9:00 a.m. to 6:00 p.m. EST

Our website is accepting applications 24-hours a day, every day of the year

# EXHIBIT K
## Domain Registration Records for RadiantCash.com

```
4/1/2020                                Radiantcash.com - Whois History - DomainTools

dc@moneylion.com  Q

   Domain Name: radiantcash.com

   Registrant Contact:
      MoneyLion LLC         dc@moneylion.com
      11 Patricia Way
      Kendall Park, NJ 08824-1808
      US
      +1.9179716064

   Administrative Contact:
      MoneyLion LLC         dc@moneylion.com
      11 Patricia Way
      Kendall Park, NJ 08824-1808
      US
      +1.9179716064

   Technical Contact:
      MoneyLion LLC         dc@moneylion.com
      11 Patricia Way
      Kendall Park, NJ 08824-1808
      US
      +1.9179716064

   Billing Contact:
      MoneyLion LLC         dc@moneylion.com
      11 Patricia Way
      Kendall Park, NJ 08824-1808
      US
      +1.9179716064

   Record created on 2013-09-07 10:55:28.
   Record expires on 2015-09-07 10:55:28.

   Domain servers in listed order:

      ns1.dreamhost.com
      ns2.dreamhost.com
      ns3.dreamhost.com
```

Sitemap  Blog  Terms  Privacy  Contact  California Privacy Notice  Do Not Sell My Personal Information
© 2020 DomainTools

# EXHIBIT L
## Archived Webpage for Lionloans.com



# EXHIBIT M
## BBB Webpage Showing MoneyLion Address



# EXHIBIT N
## Radiant Cash's IP Address Server Location

