**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**ERIKA CROMOTY,**

    *Plaintiff,*

**v.**                                        Case No: 8:20-cv-2381-SCB-JSS

**MIDAASWI, LLC, et al.,**

    *Defendants.*
_____/

**NOTICE OF DISMISSAL OF CREDITSERVE, INC., WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff hereby DISMISSES Defendant CreditServe, Inc. from this action, without prejudice, effective December 10, 2020, each party to bear its own costs and attorneys' fees.

Nothing herein affects Plaintiff's claims against Midaaswi, LLC, Ishwaaswi, LLC, MoneyLion, Inc., or Niizhwaaswi, LLC.

Respectfully submitted on December 10, 2020.

                                                  /s/ *Bryan J. Geiger*
                                                  Bryan J. Geiger
                                                  Florida Bar Number: 119168
                                                  Seraph Legal, P. A.
                                                  2002 E. 5th Ave., Suite 104
                                                  Tampa, FL 33605
                                                  (813) 567-1230
                                                  BGeiger@SeraphLegal.com
                                                  Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 10, 2020, a copy of the foregoing was filed electronically via the CM/ECF System and through that service, served on counsel of record for all parties.

/s/ *Bryan J. Geiger*
Bryan J. Geiger, Esq.
Florida Bar # 119168