**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**Erika Cromoty,**

    *Plaintiff,*

v.                                    Case 8:20-cv-02381-SCB-JSS

**MoneyLion, Inc.,**

    *Defendant.*

_____/

## NOTICE OF SETTLEMENT

In accordance with Local Rule 3.08, Plaintiff hereby provides notice that all parties have reached a settlement in this case. Upon completion of the terms of settlement, Plaintiff will file the appropriate documents to dismiss this case with prejudice.

Respectfully submitted on January 12, 2021.

                                                              /s/ *Bryan J. Geiger*
                                                              Bryan J. Geiger
                                                              Florida Bar Number: 119168
                                                              Seraph Legal, P. A.
                                                              1614 N. 19th St.
                                                              Tampa, FL 33605
                                                              (813) 321-2348
                                                              BGeiger@SeraphLegal.com
                                                              *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 12, 2021 a true and correct copy of foregoing was filed electronically via the CM/ECF System. A true and correct copy of the foregoing was also sent to Dominic Isgro, DIsgro@sisco-law.com, counsel for Defendant, via the ECF e-notice.

                                                              */s/ Bryan J. Geiger*
                                                              Bryan J. Geiger, Esq.
                                                              FL Bar # 119168